# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Cornish, Tom R. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court, ED OK | **3. Date of Report**<br><br>09/08/2021 |

| | | |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

P.O. Box 637
Okmulgee, OK 74447

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President/Owner | TRC Energy Company |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1977 | Oklahoma Employees Deferred Comp. Plan (Retirement Plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 09/08/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 09/08/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | SEP, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 2. | (a) Cash Account | A | Interest | J | T | | | | | See Note in Part VIII |
| 3. | (b) Davis NY Venture FD Cl A | B | Dividend | K | T | | | | | |
| 4. | (c) Federated Kaufmann Instl CL | C | Dividend | K | T | Sold<br>(part) | 11/15/19 | J | A | |
| 5. | | | | | | | | | | |
| 6. | TOD, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 7. | (a) Cash Account | A | Interest | J | T | | | | | See Note in Part VIII |
| 8. | (b) Blackrock Strategic Income Opptys Instl Cl | A | Dividend | J | T | | | | | |
| 9. | (c) MFS Value Cl I | A | Dividend | K | T | | | | | |
| 10. | (d) Prudential Short Term Corp Bond Cl A | A | Dividend | J | T | | | | | |
| 11. | (e) iShares 1-3 Year Treasury Bond ETF | A | Dividend | K | T | | | | | |
| 12. | (f) iShares Core US Aggregate Bond ETF | B | Dividend | L | T | | | | | |
| 13. | (g) Hartford World Bond Cl I | B | Dividend | K | T | | | | | |
| 14. | (h) Europacific Growth Cl F2 | A | Dividend | J | T | | | | | |
| 15. | (i) Growth Fund of America Cl F2 | B | Dividend | K | T | | | | | |
| 16. | | | | | | | | | | |
| 17. | Retirement Acct, LPL Financial, Oklahoma City, OK: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | (a) Cash Account | A | Interest | J | T | | | | | See Note in part VIII |
| 19. | (b) KBS Real Estate Invt TR III Inc | C | Dividend | K | T | | | | | |
| 20. | (c) Industrial PPTY TR Inc | B | Dividend | K | T | | | | | |
| 21. | | | | | | | | | | |
| 22. | TRC Energy Company, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 23. | (a) Oppenheimer Strategic Inc Fund CL A | A | Dividend | J | T | | | | | |
| 24. | (b) Hartford World Bond Cl I | A | Dividend | K | T | | | | | |
| 25. | (c) iShares Core MSCI EAFE ETF | A | Dividend | K | T | | | | | |
| 26. | (d) iShares 1-3 Year Treasury Bond ETF | B | Dividend | K | T | | | | | |
| 27. | (e) iShares Core US Aggragate Bond ETF | C | Dividend | M | T | | | | | |
| 28. | (f) Loomis Sayles Senior Floating Rate & Fixed Income Cl Y | B | Dividend | K | T | | | | | |
| 29. | (g) Vanguard Total Stock Market ETF | B | Dividend | L | T | | | | | |
| 30. | (h) Cash Account | A | Interest | M | T | | | | | See Note in Part VIII |
| 31. | | | | | | | | | | |
| 32. | Retirement Acct, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 33. | (a) Western Asset Global Strategic Inc CL A | B | Dividend | K | T | | | | | |
| 34. | (b) Oppenheimer Global Strategic Income CL A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. (c) Davis NY Venture Cl Y | D | Dividend | L | T | Sold (part) | 11/15/19 | J | A | |
| 36. (d) Franklin Mutual Global Discovery Cl Z | A | Dividend | J | T | | | | | |
| 37. (e) Cash Account | A | Interest | J | T | | | | | See Note in Part VIII |
| 38. | | | | | | | | | |
| 39. Oklahoma Empl. Deferred Comp. Plan, Oklahoma City, OK: | | | | | | | | | |
| 40. (a) SoonerSave Stable Value Fund | | None | N | T | Distributed (part) | 01/10/19 | J | | |
| 41. | | | | | Distributed (part) | 02/11/19 | J | | |
| 42. | | | | | Distributed (part) | 03/11/19 | J | | |
| 43. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 44. | | | | | Distributed (part) | 04/10/19 | J | | |
| 45. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 46. | | | | | Distributed (part) | 05/10/19 | J | | |
| 47. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 48. | | | | | Distributed (part) | 06/10/19 | J | | |
| 49. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 50. | | | | | Distributed (part) | 07/10/19 | J | | |
| 51. | | | | | Buy (add'l) | 07/10/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Distributed (part) | 08/13/19 | J | | |
| 53. | | | | | Buy (add'l) | 08/13/19 | J | | |
| 54. | | | | | Distributed (part) | 09/10/19 | J | | |
| 55. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 56. | | | | | Distributed (part) | 09/13/19 | K | | |
| 57. | | | | | Distributed (part) | 10/11/19 | J | | |
| 58. | | | | | Buy (add'l) | 10/11/19 | J | | |
| 59. | | | | | Distributed (part) | 11/11/19 | J | | |
| 60. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 61. | | | | | Distributed (part) | 12/10/19 | J | | |
| 62. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 63.    (b) T. Rowe Price Blue Chip Growth Fund | A | Dividend | L | T | Distributed (part) | 01/10/19 | J | | |
| 64. | | | | | Buy (add'l) | 01/10/19 | J | | |
| 65. | | | | | Distributed (part) | 02/11/19 | J | | |
| 66. | | | | | Buy (add'l) | 02/11/19 | J | | |
| 67. | | | | | Distributed (part) | 03/11/19 | J | | |
| 68. | | | | | Buy (add'l) | 03/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Distributed (part) | 04/10/19 | J | | |
| 70. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 71. | | | | | Distributed (part) | 05/10/19 | J | | |
| 72. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 73. | | | | | Distributed (part) | 06/10/19 | J | | |
| 74. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 75. | | | | | Distributed (part) | 07/10/19 | J | | |
| 76. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 77. | | | | | Distributed (part) | 08/13/19 | J | | |
| 78. | | | | | Buy (add'l) | 08/13/19 | J | | |
| 79. | | | | | Distributed (part) | 09/10/19 | J | | |
| 80. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 81. | | | | | Distributed (part) | 09/13/19 | J | | |
| 82. | | | | | Distributed (part) | 10/11/19 | J | | |
| 83. | | | | | Buy (add'l) | 10/11/19 | J | | |
| 84. | | | | | Distributed (part) | 11/11/19 | J | | |
| 85. | | | | | Buy (add'l) | 11/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Distributed (part) | 12/10/19 | J | | |
| 87. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 88.   (c) T. Rowe Price Instl High Yield | A | Dividend | J | T | Distributed (part) | 09/13/19 | J | | |
| 89.   (d) Janus Henderson Small Cap Value N | A | Dividend | L | T | Distributed (part) | 01/10/19 | J | | |
| 90. | | | | | Distributed (part) | 02/11/19 | J | | |
| 91. | | | | | Distributed (part) | 03/11/19 | J | | |
| 92. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 93. | | | | | Distributed (part) | 04/10/19 | J | | |
| 94. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 95. | | | | | Distributed (part) | 05/10/19 | J | | |
| 96. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 97. | | | | | Distributed (part) | 06/10/19 | J | | |
| 98. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 99. | | | | | Distributed (part) | 07/10/19 | J | | |
| 100. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 101. | | | | | Distributed (part) | 08/13/19 | J | | |
| 102. | | | | | Buy (add'l) | 08/13/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Distributed (part) | 09/10/19 | J | | |
| 104. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 105. | | | | | Distributed (part) | 09/13/19 | J | | |
| 106. | | | | | Distributed (part) | 10/11/19 | J | | |
| 107. | | | | | Buy (add'l) | 10/11/19 | J | | |
| 108. | | | | | Distributed (part) | 11/11/19 | J | | |
| 109. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 110. | | | | | Distributed (part) | 12/10/19 | J | | |
| 111. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 112. | | | | | | | | | |
| 113. Common Stock Minerals - TRC Energy Co., Inc (100% Owner) | F | Royalty | O | T | | | | | See Note in Part VIII |
| 114. New York Life Ins. Co. - Whole Life Policy (GM) | | None | J | T | | | | | See Note in Part VIII |
| 115. New York Life Ins Co. - Whole Life Policy (NM) (X) | | None | K | T | | | | | |
| 116. New York Life Ins Co - WHole Life Policy (LM) (X) | | None | J | T | | | | | |
| 117. BerenCorp, Alex 1-1, Pittsburg Co., OK Mineral Royalty | | None | J | W | | | | | |
| 118. Encana Corporation, Newberry 11-2, Atoka Co, OK Mineral Interest | A | Royalty | J | W | | | | | See Note in Part VIII |
| 119. BP America, Wilkinson #1, Pittsburg Co, OK Mineral Interest | A | Royalty | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. BP America, Ellis 1-8, Pittsburg Co, OK Mineral Royalty | | None | J | W | | | | | |
| 121. BP America, Lesli 1-24, Pittsburg Co, OK Mineral Interest | A | Royalty | J | W | | | | | |
| 122. Briar Oil & Gas LLC, Holloway 1-24, Pittsburg Co, OK Mineral Interest | A | Royalty | J | W | | | | | |
| 123. Billy Jack Sharper Oper, West 1-23, Okmulgee Co, OK Mineral Interest | | None | J | W | | | | | |
| 124. Billy Jack Sharper Oper, West 2-23, Okmulgee Co, OK Mineral Interest | | None | J | W | | | | | |
| 125. Billy Jack Sharper Oper, West 3-23, Okmulgee Co, OK Mineral Interest | | None | J | W | | | | | |
| 126. USG Energy Gas Producer, White 1-25, Pittsburg Co, OK Mineral Interest | | None | J | W | | | | | |
| 127. USG Energy Gas Producer, Mr Bryan 1-25, Pittsburg Co, OK Min Int | A | Royalty | J | W | | | | | |
| 128. USG Energy Gas Producer, Thomas 1-25, Pittsburg Co, OK, Min Int | A | Royalty | J | W | | | | | |
| 129. USG Energy Gas Producer, Riley 1-25, Pittsburg Co, OK Min Int | A | Royalty | J | W | | | | | |
| 130. Mustang Fuel Corporation, Simmons 1-8, Pittsburg Co, OK Min Int | A | Royalty | J | W | | | | | |
| 131. Derrick Resources, Inc, West 1-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 132. Grizzly Natural Gas LLC, Bass 26-1H, Pittsburg Co, OK Min Int | A | Royalty | J | W | | | | | See Note in Part VIII |
| 133. First Family Federal Credit Union | A | Interest | J | T | | | | | |
| 134. First National Bank & Trust Co of McAlester | | None | L | T | | | | | |
| 135. MetLife Policyholder - Whole Life Policy | A | Dividend | J | T | | | | | |
| 136. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  J.P. Morgan, Investment Account | | | | | | | | | |
| 138.  (a) American Investment Co of America | D | Dividend | M | T | | | | | |
| 139.  (b) AT&T Inc | A | Dividend | J | T | | | | | |
| 140.  (c) Exxon Mobil Corp | B | Dividend | K | T | | | | | |
| 141.  (d) JPMorgan Chase & Co | A | Dividend | K | T | | | | | |
| 142.  (e) McDonald's Corp | A | Dividend | K | T | | | | | |
| 143.  (f) Microsoft Corp | A | Dividend | K | T | | | | | |
| 144.  (g) Wal-Mart Stores Inc | A | Dividend | K | T | | | | | |
| 145.  (h) Cash Account | A | Interest | K | T | | | | | |
| 146. | | | | | | | | | |
| 147.  J.P. Morgan, TOD | | | | | | | | | |
| 148.  (a) Fidelity 500 Index | B | Dividend | K | T | Buy<br>(add'l) | 04/08/19 | J | | |
| 149. | | | | | Sold<br>(part) | 11/22/19 | J | A | |
| 150.  (b) Hartford Capital Apprec Fd Cl F | | None | | | Sold | 04/10/19 | K | E | |
| 151.  (c) JPMorgan Tax Awr Eqty-I | B | Dividend | K | T | | | | | |
| 152.  (d) Neuberger Ber Mu/C Opp-Ins | D | Dividend | K | T | Sold<br>(part) | 11/22/19 | K | D | |
| 153.  (e) Six Circles U.S. Unconstrained | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  (f) SPDR S&P 500 ETF Trust | D | Dividend | O | T | | | | | |
| 155.  (g) Artisan International Fund | | None | | | Sold (part) | 03/04/19 | K | C | |
| 156. | | | | | Sold (part) | 04/10/19 | J | B | |
| 157. | | | | | Sold | 05/23/19 | J | B | |
| 158.  (h) Hartford Int'l Val Fd - Cl F | | None | | | Sold | 04/10/19 | L | | |
| 159.  (i) iShares MSCI EAFE Index Fund | C | Dividend | L | T | | | | | |
| 160.  (j) JPMorgan Betabuilders Canada ETF | A | Dividend | K | T | | | | | |
| 161.  (k) Six Circles International | C | Dividend | L | T | | | | | |
| 162.  (l) iShares Core MSCI Europe | A | Dividend | K | T | | | | | |
| 163.  (m) iShares Inc MSCI Japan New | B | Dividend | L | T | | | | | |
| 164.  (n) JPMorgan Gl Res Enh IDX-R6 | C | Dividend | K | T | Sold (part) | 11/22/19 | J | C | |
| 165.  (o) Cash account | A | Interest | K | T | | | | | |
| 166.  (p) Six Circles Tax Aware Ultra Short | B | Dividend | L | T | | | | | |
| 167.  (q) iShares Barclays 1-3 Year Treasury Bond Fund | A | Dividend | | | Sold (part) | 06/06/19 | L | A | |
| 168. | | | | | Sold | 06/07/19 | K | A | |
| 169.  (r) Dodge & Cox Income Fd | | None | | | Sold | 02/07/19 | L | | |
| 170.  (s) JPM Unconstrained Debt-R6 | A | Dividend | | | Sold | 02/07/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  (t) JPMorgan Interm T/F Bnd-R6 | B | Dividend | | | Sold | 01/31/19 | O | | |
| 172.  (u) JPM Shrt-Int Muni Bnd-I | C | Dividend | M | T | | | | | |
| 173.  (v) JPMorgan Tax Awr R/R-R6 | A | Dividend | K | T | | | | | |
| 174.  (w) Doubleline Totl Ret Bnd-I | C | Dividend | L | T | | | | | |
| 175.  (x) PIMCO Fd Pac Inv Mgmt Series | A | Dividend | | | Sold<br>(part) | 02/19/19 | K | B | |
| 176. | | | | | Sold | 03/04/19 | K | B | |
| 177.  (y) PIMCO Income Fd-Ins | C | Dividend | L | T | | | | | |
| 178.  (z) Blackrock National Muni-Br | D | Dividend | M | T | | | | | |
| 179.  (aa) American Funds T/E Bond Fund AM-F3 | D | Dividend | N | T | | | | | |
| 180.  (bb) Payden & Rygel Investment Group | A | Dividend | | | Sold | 02/19/19 | L | C | |
| 181.  (cc) iShares 7-10 Year Treasury Bond | A | Dividend | L | T | Buy | 06/07/19 | L | | |
| 182.  (dd) iShares 3-7 Year Treasury Bond | A | Dividend | L | T | Buy | 06/07/19 | L | | |
| 183.  (ee) iShares Core MSCI EAFE ETF | A | Dividend | | | Buy | 05/23/19 | J | | |
| 184. | | | | | Sold | 11/22/19 | J | A | |
| 185.  (ff) Vanguard Intermediate Term T/E | E | Dividend | O | T | Buy | 02/01/19 | O | | |
| 186. | | | | | | | | | |
| 187.  J.P. Morgan, IRA | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  (a) Fidelity 500 Index FD-Ai | B | Dividend | M | T | | | | | |
| 189.  (b) Six Circles US Unconstrained | A | Dividend | K | T | Buy | 05/16/19 | K | | |
| 190.  (c) iShares MSCI Eafe Intl Index Fd Cl K | A | Dividend | J | T | | | | | |
| 191.  (d) iShares Core MSCI EAFE ETF | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 192.  (e) JPMorgan Betabuilders Canada | A | Dividend | J | T | | | | | |
| 193.  (f) Six Circles International | A | Dividend | J | T | | | | | |
| 194.  (g) JPMorgan Betabuilders Europe | A | Dividend | J | T | | | | | |
| 195.  (h) JPMorgan Betabuilders Japan | A | Dividend | J | T | | | | | |
| 196.  (i) JPMorgan Betabuilders Developed Asia | A | Dividend | J | T | | | | | |
| 197.  (j) Cash Account | A | Interest | J | T | | | | | |
| 198.  (k) Six Circles Ultra Short Duration Fund | A | Dividend | J | T | | | | | |
| 199.  (l) Metropolitan West T/R Bd-Pln | A | Dividend | J | T | | | | | |
| 200.  (m) PIMCO Investment Grade Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 201.  (n) PIMCO Income FD-INS | A | Dividend | J | T | | | | | |
| 202.  (o) Vanguard Total Bond Market Index | B | Dividend | L | T | | | | | |
| 203.  (p) iShares 20+ Year Treasury Bond | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 204.  (q) iShares 7-10 Year Treasury Bond | A | Dividend | J | T | Buy | 09/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  (r) Schwab U.S. Tips ETF | A | Dividend | J | T | | | | | |
| 206.  (s) Vanguard Total Intl Bnd-Adm | B | Dividend | K | T | | | | | |
| 207.  (t) MFS Intl Value-R6 | A | Dividend | | | Sold | 10/22/19 | J | A | |
| 208.  (u) T Rowe Pr Overseas Stock-I | A | Dividend | | | Sold | 11/22/19 | J | A | |
| 209.  (v) Harbor High Yield Bond-Inst | A | Dividend | | | Sold | 05/16/19 | J | A | |
| 210.  (w) Dodge & Cox Income Fd | A | Dividend | | | Sold | 09/23/19 | J | A | |
| 211.  (x) JPM Unconstrained Debt-R6 | A | Dividend | | | Sold | 05/16/19 | J | A | |
| 212.  (y) Six Circles U.S. Unconstrained | A | Dividend | | | Sold | 05/16/19 | K | A | |
| 213.  (z) Vanguard Short-Term Bond | A | Dividend | | | Sold | 09/23/19 | J | A | |
| 214.  (aa) MFS Emerging Markets Debt Fund R6 | A | Dividend | | | Sold | 09/23/19 | J | A | |
| 215. | | | | | | | | | |
| 216.  American Funds retirement plan | | None | | | Closed | 02/04/19 | O | | |
| 217. | | | | | | | | | |
| 218.  J.P. Morgan, IRA Account | | | | | | | | | |
| 219.  (a) JPM Prime Money Market Fund - Premier | D | Dividend | N | T | Buy | 02/04/19 | N | | |
| 220.  (b) JPM 100% US Treasury Fund - Premier | D | Dividend | N | T | Buy | 02/04/19 | N | | |
| 221. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Baxter International, Inc., common stock | A | Dividend | K | T | | | | | |
| 223. Edwards Lifesciences Corporation, Inc., common stock | | None | K | T | | | | | |
| 224. Southern Company, common stock | A | Dividend | J | T | | | | | |
| 225. Shire PLC, common stock | | None | | | Sold | 01/08/19 | J | | |
| 226. Takeda Pharmaceutical Company, Ltd | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 227. Touchstone Investments, common stock | B | Dividend | J | T | | | | | |
| 228. Apache Corporation, Allen Ranch #1-2, Caddo Co, OK Min Int | | None | J | W | | | | | |
| 229. Territory Resources, LLC, Hinton 1, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | |
| 230. Gulf Exploration LLC., Nichols Hills 1-5, Oklahoma Co, OK Min Int | A | Royalty | J | W | | | | | See Note in Part VIII |
| 231. Gulfport Midcon LLC, Boatwright 2, Grady Co, OK Min Int | A | Royalty | J | W | | | | | |
| 232. PO&G Operating, Drummond, S.A., Grady Co, OK Min Int | A | Royalty | J | W | | | | | See Note in Part VIII |
| 233. Casillas Petroleum Corp., Earl Sparks #1, Garvin Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 234. New Dominion, LLC, Speer #1-20H, Seminole Co, OK Min Int | A | Royalty | J | W | | | | | |
| 235. New Dominion, LLC, Alexander, Seminole Co, OK Min Int | | None | J | W | | | | | |
| 236. New Dominion, LLC, CREECH #1-36, Seminole Co, OK Min Int | A | Royalty | J | W | | | | | |
| 237. New Dominion, LLC, Marin 1-36, Seminole Co, OK Min Int | | None | J | W | | | | | |
| 238. Red Rocks Energy, Brown #1, Grady Co, OK Min Int | A | Royalty | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A <br> Description of Assets <br> (including trust assets) <br><br> Place "(X)" after each asset <br> exempt from prior disclosure | B <br> Income during <br> reporting period | | C <br> Gross value at end <br> of reporting period | | D <br> Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) <br> Amount <br> Code 1 <br> (A-H) | (2) <br> Type (e g , <br> div , rent, <br> or int ) | (1) <br> Value <br> Code 2 <br> (J-P) | (2) <br> Value <br> Method <br> Code 3 <br> (Q-W) | (1) <br> Type (e g , <br> buy, sell, <br> redemption) | (2) <br> Date <br> mm/dd/yy | (3) <br> Value <br> Code 2 <br> (J-P) | (4) <br> Gain <br> Code 1 <br> (A-H) | (5) <br> Identity of <br> buyer/seller <br> (if private <br> transaction) |
| 239. Scissortail Energy LLC, Rainwater, Seminole Co, OK Min Int | A | Royalty | J | W | | | | | |
| 240. Sheridan Production, Troini A, Grady Co, OK Min Int | A | Royalty | J | W | | | | | |
| 241. Silver Creek, Space Needle 17-2H, Hughes Co, OK Min Int | A | Royalty | J | W | | | | | |
| 242. Sunoco Partners, Ward #1, Pottawatomie Co, OK Min Int | A | Royalty | J | W | | | | | |
| 243. Sunoco Partners, NW Butner Senora, Seminole Co, OK Min Int | | None | J | W | | | | | |
| 244. Sunoco Partners, Sand Creek Earlsboro, Seminole Co, OK Min Int | | None | J | W | | | | | |
| 245. Sunoco Partners, Nan Ragland #3, Seminole Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 246. Zarvona Energy, LLC, Weber #1-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | |
| 247. Zarvona Energy, LLC, Anita Sue #1-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | |
| 248. Zarvona Energy, LLC, Allen Ranch #1-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | |
| 249. Zarvona Energy, LLC, Eugene #1-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | |
| 250. Zarvona Energy, LLC, Irene #1-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | |
| 251. Zarvona Energy, LLC, Carolyn #2-2, Caddo Co, OK Min Int | A | Royalty | J | W | | | | | |
| 252. Vitruvian II Woodford, IRA Boatwright 2, Grady Co, OK Min Int | | None | J | W | | | | | |
| 253. USG Energy, Sadie 1, Hughes Co, OK Min Int | C | Royalty | J | W | | | | | |
| 254. USG Energy, Sadie 2, Hughes Co, OK Min Int | C | Royalty | J | W | | | | | |
| 255. USG Energy, Sadie 3, Hughes Co, OK Min Int | C | Royalty | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. USG Energy, Sadie 4, Hughes Co, OK Min Int | C | Royalty | J | W | | | | | |
| 257. USG Energy, Sadie 5, Hughes Co, OK Min Int | C | Royalty | J | W | | | | | |
| 258. Mineral Interest, Hughes Co, OK | | None | J | W | | | | | |
| 259. Mineral Interest, 2.0 acres, Seminole Co, OK | | None | J | W | | | | | |
| 260. Mineral Interest, 1.25 acres, Seminole Co, OK | | None | J | W | | | | | |
| 261. Mineral Interest, 5.0 acres, Seminole Co, OK | | None | J | W | | | | | |
| 262. Mineral Interest, 0.517241 acres, Seminole Co, OK | | None | J | W | | | | | |
| 263. Mineral Interest, 0.31250 acres, Seminole Co, OK | | None | J | W | | | | | |
| 264. Mineral Interest, 1.33333 acres, Seminole Co, OK | | None | J | W | | | | | |
| 265. Mineral Interest, 5 acres, Seminole Co, OK | | None | J | W | | | | | |
| 266. Mineral Interest, 1.66667 acres, Seminole Co, OK | | None | J | W | | | | | |
| 267. Mineral Interest, 1.666667 acres, Seminole Co, OK | | None | J | W | | | | | |
| 268. Mineral Interest, 2.5 acres, Seminole Co, OK | | None | J | W | | | | | |
| 269. Mineral Interest, 1.68708 acres, Seminole Co, OK | | None | J | W | | | | | |
| 270. Mineral Interest, 1.66665 acres, Seminole Co, OK | | None | J | W | | | | | |
| 271. Mineral Interest, 5.00 acres, Seminole Co, OK | | None | J | W | | | | | |
| 272. Mineral Interest, 5.834 acres, Seminole Co, OK | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Mineral Interest, 5.00 acres, Seminole Co, OK | | None | J | W | | | | | |
| 274. Mineral Interest, 1.614348 acres, Seminole Co, OK | | None | J | W | | | | | |
| 275. Mineral Interest, 4.210528 acres, Seminole Co, OK | | None | J | W | | | | | |
| 276. Mineral Interest, 5.0 acres, Seminole Co, OK | | None | J | W | | | | | |
| 277. Mineral Interest, 3.125 acres, Seminole Co, OK | | None | J | W | | | | | |
| 278. Mineral Interest, 8.020833 acres, Seminole Co, OK | | None | J | W | | | | | |
| 279. Mineral Interest, 0.50 acres, Seminole Co, OK | | None | J | W | | | | | |
| 280. Bank of America cash account | A | Interest | M | T | | | | | |
| 281. Banc First cash account | A | Interest | M | T | | | | | |
| 282. USAA Federal Savings Bank cash account | A | Interest | L | T | | | | | |
| 283. Banc First IOLTA Lawyer's Trust Account | | None | J | T | | | | | |
| 284. JPMorgan Chase Bank checking account | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 09/08/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

Line 2: Changed name from US Bank National Association to Cash Account

Line 7: Changed name from US Bank National Association to Cash Account

Line 18: Changed name from US Bank National Association to Cash Account

Line 30: Changed name from Citibank NA to Cash Account

Line 37: Changed name from US Bank National Association to Cash Account

Line 113: Royalty income is received by TRC Energy Co. from the following companies for mineral interests held in the counties listed:

Arkoma Operations, LLC (acquired from ATLS Production Co.), Leflore County, OK; Haskell County, OK
ATLS Production Co., LLC (now operated by Arkoma Operations, LLC), Leflore County, OK; Haskell County, OK
Bear Productions, Inc., Haskell County, OK
Beren Corporation, Pittsburg County, OK
BlueWater Resources, Inc., Coal County, OK; Leflore County, OK; Pittsburg County, OK
BP America Production Company, Pittsburg County, OK; Haskell County, OK; Coal County, OK
Bravo Arkoma, LLC, Haskell County, OK; Pittsburg County, OK
BRG Energy, Inc., Pittsburg County, OK
Briar Oil & Gas LLC, Haskell County, OK; Pittsburg County, OK
Brower Oil & Gas, Pittsburg County, OK
Canaan Resources, LLC, Pittsburg County, OK
Continental Operating Co., Pittsburg County, OK
Continental Resources, Inc., Carter County, OK
DLKB Operating LLC, Pittsburg County, OK; McIntosh County, OK
Forge Energy, LLC, Winkler, TX
Foundation Energy Management, LLC, Haskell County, OK
Grizzly Energy LLC (acquired from Vanguard Permian, LLC), Pittsburg County, OK
LR Energy, Inc., Haskell County, OK
Mark L. Shidler, Inc., Pittsburg County, OK
MFP Petroleum Ltd., Partnership, Pittsburg County, OK
Mustang Fuel Corporation, Haskell County, OK; Pittsburg County, OK
Newfield Exploration Mid-Continent, Inc., Pittsburg County, OK; Atoka County, OK; Coal County, OK
Redbud E&P, Inc., Leflore County, OK; Pittsburg County, OK
Sedna Energy, Inc., Haskell County, OK; Pittsburg County, OK
Sloan Petroleum Services, Inc., Pittsburg County, OK
Stephens Production Company, Sequoyah County, OK; Leflore County, OK
Tilford Pinson Exploration, LLC, Pittsburg County, OK
Unimark LLC, Pittsburg County, OK
USG Energy Gas Producer Holdings LLC, Pittsburg County, OK; Atoka County, OK
Vanguard Permian, LLC, (now operated by Grizzly Energy LLC) Pittsburg County, OK
XOG Operating, LLC, Haskell County, OK
XTO Energy, Inc., Pittsburg County, OK; Leflore County, OK
Yale Oil Association, Inc., Pittsburg County, OK
ZZ Energy LLC, Haskell County, OK

Line 114: Life insuarnce policy was previously reported as Variable but is in fact three seperate whole life policies.

Line 118: Well previously operated by Newfield Exploration

Line 132: Well previously operated by Vanguard Operating, LLC

Line 230: Well previously operated by Eagle Oil & Gas Co

Line 232: Well previously operated by Camino Natural Resources, LLC

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tom R. Cornish**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544